# Notice Recipients

District/Off: 0311−1   User: SH   Date Created: 10/24/2019
Case: 19−12273−KBO   Form ID: van313   Total: 4

**Recipients of Notice of Electronic Filing:**
ust   U.S. Trustee   USTPRegion03.WL.ECF@USDOJ.GOV
aty   Linda J. Casey   Linda.Casey@usdoj.gov
aty   Robert J. Dehney   rdehney@mnat.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Olam Energy Resources I LLC   280 East 96th Street   Suite 210   Indianapolis, IN 46240

TOTAL: 1